UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PAULA TILLEY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMPRO MORTGAGE, *an Arizona corporation*, that is a division of UNITED FINANCIAL MORTGAGE CORP.; LIBERTY TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JPMORGAN CHASE BANK, N.A.; U.S. BANK, N.A.; WAMU MORTGAGE PASS THROUGH CERTIFICATE FOR WMALT SERIES 2006-AR8 TRUST; CALIFORNIA RECONVEYANCE COMPANY; and DOES 1-20, inclusive,<br><br>　　　　Defendant. | **CASE NO.: 2:11-CV-01134-KJM**<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO EXPUNGE LIS PENDENS (Document No. 2011-0016137-00) and AMENDED LIS PENDENS (Document No. 2011-0033025-00)**<br><br>**DATE:** TBD<br>**TIME:** TBD<br>**CTRM:** 3<br><br>**Action Filed:** April 27, 2011 |

///

///

///

///

///

///

1

ORDER EXPUNGING LIS PENDENS AND AMENDED LIS PENDENS

## ORDER

The Court having considered the *ex parte* application ("Application") of Defendants Mortgage Electronic Registrations Systems, Inc. ("MERS"), JPMorgan Chase Bank, N.A. ("JPMorgan"), U.S. Bank, National Association as trustee for WAMU Mortgage Pass Through Certificate for WMALT Series 2006-AR8 ("US Bank"), erroneously sued as U.S. Bank, N.A. and Wamu Mortgage Pass through Certificate for WMALT Series 2006-AR8 Trust, and California Reconveyance Company ("CRC", and collectively as "Defendants"), for and plaintiff's statement of non-opposition to an order expunging the lis pendens recorded on February 28, 2011, in the Placer County Recorder's office, as Document No. 2011-0016137-00 ("Lis Pendens") and the Amended lis pendens recorded on April 28, 2011, in the Placer County Recorder's office, as Document No. 2011-0033025-00 ("Amended Lis Pendens") related to the above-captioned action against the real property located at 8800 Ridge Road in Newcastle, California 95658 ("Subject Property"), and

**GOOD CAUSE APPEARING, IT IS ORDERED THAT:**

1. The Application is granted;

2. The Lis Pendens recorded on February 28, 2011, in the Placer County Recorder's office, as Document No. 2011-0016137-00, related to the above-captioned action against the real property located at 8800 Ridge Road in Newcastle, California 95658, is ordered expunged;

3. The Amended Lis Pendens recorded on April 28, 2011, in the Placer County Recorder's office, as Document No. 2011-0033025-00, related to the above-captioned action against the real property located at 8800 Ridge Road in Newcastle, California 95658, is ordered expunged.

The real property is legally described in Exhibit "A" attached hereto.

IT IS SO ORDERED.

DATED: June 28, 2012.

_____
UNITED STATES DISTRICT JUDGE

# **EXHIBIT "A"**

Legal Description of real property located at 8800 Ridge Road in Newcastle, California 95658

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF PLACER, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

(UNINCORPORATED AREA)

PARCEL ONE:

THAT PORTION OF SECTION 24, TOWNSHIP 12 NORTH, RANGE 7 EAST, MOUNT DIABLO BASE AND MERIDIAN, INCLUDED WITHIN THE LAND SHOWN AND DESIGNATED AS PARCEL "A" ON PARCEL MAP NO. 72884, FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF PLACER COUNTY RECORDS.

PARCEL TWO:

A NON-EXCLUSIVE EASEMENT FOR ROAD AND UTILITY PURPOSES OVER, UNDER AND ACROSS A PORTION OF SECTION 24, TOWNSHIP 12 NORTH, RANGE 7 EAST, MOUNT DIABLO BASE AND MERIDIAN, INCLUDED WITHIN THE LAND SHOWN AND DESIGNATED AS AREA "R" OF PARCEL MAP NO. 72884, FILED IN THE OFFICE OF THE PLACER COUNTY RECORDER ON OCTOBER 4, 1978, IN BOOK 13 OF PARCEL MAPS, AT PAGE 41.

EXCEPTING THEREFROM ALL THAT PORTION LYING WITHIN PARCEL ONE ABOVE.

PARCEL THREE:

A NON-EXCLUSIVE EASEMENT FOR ROAD AND UTILITY PURPOSES OVER, UNDER AND ACROSS A PORTION OF SECTION 24, TOWNSHIP 12 NORTH, RANGE 7 EAST, MOUNT DIABLO BASE AND MERIDIAN, INCLUDED WITHIN THE LAND SHOWN AND DESIGNATED AS AREA "L" ON PARCEL MAP NO. 72884, FILED IN THE OFFICE OF THE PLACER COUNTY RECORDER ON OCTOBER 4, 1978, IN BOOK 13 OF PARCEL MAPS, AT PAGE 41.

EXCEPTING THEREFROM ALL THAT PORTION LYING WITHIN PARCEL 1 ABOVE.

///

ORDER EXPUNGING LIS PENDENS AND AMENDED LIS PENDENS
3197064.2 -- AL109.2419

PARCEL FOUR:

A NON-EXCLUSIVE EASEMENT FOR ROAD AND UTILITY PURPOSES OVER, UNDER AND ACROSS A PORTION OF SECTION 24, TOWNSHIP 12 NORTH, RANGE 7 EAST, MOUNT DIABLO BASE AND MERIDIAN, INCLUDED WITHIN THE LAND SHOWN AND DESIGNATED AS AREA "N" OF PARCEL MAP NO. 72884, FILED IN THE OFFICE OF THE PLACER COUNTY RECORDER ON OCTOBER 4, 1978, IN BOOK 13 OF PARCEL MAPS, AT PAGE 41.

Assessor's Parcel Number: 031-231-044-000